**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| PRIME MORTGAGE LENDING INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 5:18-CV-30 |
| ) | |
| v. ) | |
| ) | |
| ADAM COHN, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR TEMPORARY RESTRAINING ORDER

The Court has before it Plaintiff Prime Mortgage Lending, Inc.'s ("Prime") Motion for a Temporary Restraining Order enjoining Defendant Adam Cohn ("Cohn") from accessing, disclosing or using any Prime trade secret or confidential information. The Court has considered the Verified Complaint, Prime's Memorandum in Support of the Motion and the argument of counsel and finds that Prime's Motion should be granted.

WHEREFORE, Cohn is

(a) Required to immediately provide Prime with full, unfettered and exclusive access to the Google Suite platform for standardmortgagecompany.com;

(b) Enjoined from further accessing, using, or disclosing Prime's confidential information and trade secrets; and

(c) Required to return all copies, in whatever form, of Prime's confidential information and trade secrets to Prime that Cohn has in his possession or control.

This temporary restraining order will expire by its own terms 14 days from the date of entry.

It is so ORDERED this __29th__ day of January, 2018 at __4:13__ o'clock __pm__.

                                              /s/ Louise W. Flanagan
                                              HON. LOUISE W. FLANAGAN
                                              UNITED STATES DISTRICT JUDGE

Plaintiff shall post with the clerk of court nominal bond in the amount of $1,000.00. Plaintiff shall file with the clerk's office proof of service of this order on defendant