# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

|  |  |
|---|---|
| PRIME MORTGAGE LENDING INC., | ) |
| Plaintiff, | ) Civil Action No.: 5:18-CV-30 |
| v. | ) |
| ADAM COHN, | ) |
| Defendant. | ) |

## PLAINTIFF PRIME MORTGAGE LENDING, INC.'S
## MOTION FOR RELEASE OF BOND FUNDS

Plaintiff Prime Mortgage Lending, Inc. ("Prime"), by and through its undersigned counsel, respectfully moves this Court to release the $1,000 Bond Plaintiff posted following entry of a Temporary Restraining Order because this case has now been settled and dismissed with prejudice. In support of its Motion, Prime states:

1. On January 29, 2018, the Court ordered Prime to post with the Clerk of the Court a "nominal bond" in the amount of $1,000.00 pursuant to Fed. R. Civ. P. 65. (Docket No. 8, p. 2).

2. On January 31, 2018, pursuant to the Court's Order, Prime filed its Notice of Posting Bond. (Docket No. 11). Prime attached a copy of the Bond (Number 017-173-553) as Exhibit A to the Notice.

3. Subsequently, the Parties reached a settlement agreement with respect to all claims in this action.

4. Accordingly, Prime filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a). (Docket No. 15).

5. Prime therefore respectfully requests that the Court grant this Motion and release the Obligors of said Bond from the obligations stated therein.

WHEREFORE, Prime respectfully requests that the Court enter the Proposed Order concurrently filed herewith.

DATED: March 14, 2018

/s/ Matthew P. McGuire
Matthew P. McGuire
N.C. State Bar No. 20048
Kelsey L. Kingsbery
N.C. State Bar No. 51736
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
Facsimile: (919) 862-2260
matt.mcguire@alston.com
kelsey.kingsbery@alston.com

Caitlin A. Counts
N.C. State Bar No.: 50639
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: caitlin.counts@alston.com

*Counsel for Plaintiff Prime Mortgage Lending, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically filed the foregoing **PLAINTIFF PRIME MORTGAGE LENDING, INC.'S MOTION FOR RELEASE OF BOND FUNDS AND PROPOSED ORDER** with the Clerk of Court using the CM/ECF system.

I further certify that I caused the foregoing to be served via CERTIFIED MAIL upon the following:

>ADAM COHN
>13586 Kiltie Court
>Delray Beach, FL 33446

>/s/ *Matthew P. McGuire*
>Matthew P. McGuire
>N.C. State Bar No. 20048
>**ALSTON & BIRD LLP**
>555 Fayetteville Street, Suite 600
>Raleigh, NC 27601
>Telephone: (919) 862-2200
>Facsimile: (919) 862-2260
>matt.mcguire@alston.com
>
>*Counsel for Plaintiff Prime Mortgage Lending, Inc.*