IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PRIME MORTGAGE LENDING INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 5:18-CV-30 |
| ) | |
| v. ) | |
| ) | |
| ADAM COHN, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING RELEASE OF BOND FUNDS

In an Order dated January 29, 2018, the Court directed Plaintiff Prime Mortgage Lending, Inc. ("Prime") to post a nominal $1,000.00 bond. (Docket No. 8). On January 31, 2018, Prime filed its Notice of Posting Bond. (Docket No. 11). The Parties have resolved all claims in this matter pursuant to a settlement agreement, and Prime has filed a Notice of Voluntary Dismissal with Prejudice. (Docket No. 15).

THEREFORE, IT IS ORDERED that:

1. Prime and Liberty Mutual Surety are released from all obligations secured by Bond #017-173-553 that was filed with the Court on January 31, 2018.

2. The Clerk of the Court is directed to release this bond.

It is so ORDERED this 14th day of March, 2018.

HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE